**Joseph H. GRAVES, Petitioner–Appellant,**

v.

**J.E. GUNJA, Warden, Respondent–Appellee.**

No. 01–7188.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 11, 2002.

Decided Jan. 24, 2002.

Joseph H. Graves, Appellant Pro Se. Stephen Matthew Schenning, United States Attorney, Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joseph H. Graves appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Graves v. Gunja,* No. CA–01–472–JFM (D.Md. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*